UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ANEKWE,<br><br>          -against-<br><br>FREDERICK BERNSTEIN, Medical Director of Green Haven Corr. Fac.; ALBERT ACRISH, RN, Medical Provider,<br><br>               Defendants. | 21-CV-11108 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff is currently incarcerated at Fishkill Correctional Facility and brings this action *pro se*. By order dated January 19, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP). (Dkt. no. 4.)

    Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff sues Frederick Bernstein. The Court understands that Mr. Bernstein was, at one point in time, the Medical Director of Green Haven's medical department. Plaintiff has been unable to provide the Court with a current service address for Mr. Bernstein and attempts at service have not been successful because he is not located at Green Haven Correctional Facility. The New York State Attorney General is therefore ordered to ascertain the addresses where Mr. Bernstein can be served and

provide this information to Plaintiff and the Court within thirty days.

Once the Court receives this information, if will issue an order directing the Clerk of Court to complete the USM-285 forms with the address for Mr. Bernstein and deliver all documents necessary to effect service to the U.S. Marshals Service.

**SO ORDERED.**

Dated:     New York, New York
           December 15, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge