**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PETER ANEKWE,

                Plaintiff,

-against-                              21 **CIVIL** 11108 (LAP)

                                       **JUDGMENT**

FREDERICK BERNSTEIN, et. al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated July 13, 2023, Defendants' motion is GRANTED, and the Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      July 13 2023

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                            **BY:**

                                                   **Deputy Clerk**